**IN THE UNITED STATES BANKRUPTCY COURT**
Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No.: 14-51139 |
| Aaron Barnard } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**Notice of Change of Address**

**My Former Mailing Address was**:

Name:        Aaron Barnard

Street:        501 Apple Valley Circle

City, State, Zip: Delaware, OH 43015

**Please be advised that effective May 27, 2016
my new mailing address is:**

Name:        Aaron Barnard

Street:        2430 Holtz Rd.

City, State, Zip: Shelby, OH 44875

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on May 27th, 2016 to the following:

**Trustee:**
Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Aaron Barnard
2430 Holtz Rd.
Shelby, OH 44875

                                  Respectfully Submitted,
                                  /s/ Erin E. Schrader
                                  Erin E. Schrader (0078078)
                                  Rauser & Associates
                                  5 East Long St., Suite 300
                                  Columbus, OH 43215
                                  (614) 228-4480